# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2247

_____

ANTHONY J. DAVIS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.


May 29, 2024

PER CURIAM.

 DISMISSED. *See Toomer v. State*, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005). ("Where one is challenging the legality of his sentence or seeking jail credit against that sentence, and he completes the sentence during the pendency of the appeal, the appeal may be dismissed as moot.").

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Anthony J. Davis, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.